No. 11–694. MARYLAND *v.* DERR. Ct. App. Md. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Williams* v. *Illinois, ante,* p. 50.

No. 11–799. BLAKE *v.* UNITED STATES. C. A. 7th Cir.; and

No. 11–883. JAIMES *v.* UNITED STATES. C. A. 5th Cir. Reported below: 446 Fed. Appx. 713. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Dorsey* v. *United States, ante,* p. 260.